**SEALED**
BY ORDER OF THE COURT

WARNING:    <u>THIS IS A SEALED DOCUMENT CONTAINING NON-PUBLIC INFORMATION</u>

CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

MOHAMMAD KHATIB
Assistant U.S. Attorney
United States Attorney's Office
District of Hawaii
Room 6100, PJKK Federal Building
300 Ala Moana Blvd
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Email: Mohammad.Khatib@usdoj.gov

Attorneys for the
United States of America

```
FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Dec 15, 2023, 11:11 am
Lucy H. Carrillo, Clerk of Court
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAG. NO. 23-01733-RT |
| Plaintiff, | EX PARTE MOTION TO UNSEAL |
| vs. | |
| KALANA LIMKIN, | |
| Defendant. | |

<u>**EX PARTE MOTION TO UNSEAL**</u>

The United States of America, by and through its undersigned attorneys, hereby moves this Honorable Court for an Order unsealing the above-captioned

matter.  This Motion is made pursuant to the inherent power of this Court, and is based upon the records and files of this case and the attached Declaration.

DATED:  Honolulu, Hawaii, December 15, 2023.

>CLARE E. CONNORS
>United States Attorney
>District of Hawaii
>
>
>By /s/ *Mohammad Khatib*
>MOHAMMAD KHATIB
>Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAG. NO. 23-01733-RT |
| | ) | |
| Plaintiff, | ) | DECLARATION OF COUNSEL |
| | ) | |
| vs. | ) | |
| | ) | |
| KALANA LIMKIN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## **DECLARATION OF COUNSEL**

Mohammad Khatib declares and states under penalty of perjury as follows:

1. I am an Assistant U.S. Attorney with the U.S. Attorney's Office for the District of Hawaii. I am familiar with the criminal investigation regarding the above-captioned magistrate's case.

//

//

//

//

//

2

2. As of today's date, this and related investigations would no longer be placed in jeopardy through public disclosure of the documents and information in connection with the above-captioned matter.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

Executed on December 15, 2023, at Honolulu, Hawaii

/s/ *Mohammad Khatib*
MOHAMMAD KHATIB
Assistant United States Attorney

2