CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

MOHAMMAD KHATIB
Assistant U.S. Attorney
United States Attorney's Office
District of Hawaii
Room 6100, PJKK Federal Building
300 Ala Moana Blvd
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Email: Mohammad.Khatib@usdoj.gov

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAG. NO. 23-01733-RT |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING EX PARTE |
| | ) | MOTION TO UNSEAL |
| vs. | ) | |
| | ) | |
| KALANA LIMKIN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**<u>ORDER GRANTING EX PARTE MOTION TO UNSEAL DOCUMENTS</u>**

The Court having considered the United States of America's Motion to

Unseal and good cause appearing therefor,

IT IS HEREBY ORDERED THAT this matter be unsealed.

DATED: Honolulu, Hawaii, December 15, 2023.



Rom A. Trader
United States Magistrate Judge