SALINA M. KANAI  #8096
Federal Public Defender
District of Hawaii

MELINDA K. YAMAGA #9246
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii   96850-5269
Telephone:  (808) 541-2521
Facsimile:   (808) 541-3545
E-Mail:       Melinda_Yamaga@fd.org

Attorney for Defendant
KALANA LIMKIN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | MAG. NO. 23-1733 RT |
|---|---|---|
| Plaintiff | ) ) ) | NOTICE OF CHANGE OF COUNSEL; CERTIFICATE OF SERVICE |
| vs. | ) ) | |
| KALANA LIMKIN, | ) ) | |
| Defendant. | ) ) | |

## NOTICE OF CHANGE OF COUNSEL

NOTICE IS HEREBY GIVEN that MELINDA K. YAMAGA is added as attorney for Defendant KALANA LIMKIN, and MAX J. MIZONO is terminated as attorney for said defendant.

DATED: Honolulu, Hawaii, December 19, 2023.

    /s/ Melinda K. Yamaga
MELINDA K. YAMAGA
Attorney for Defendant
KALANA LIMKIN

NOTICE OF CHANGE OF COUNSEL
*United States v. Kalana Limkin*, Mag. No. 23-1733 RT
United States District Court, District of Hawaii

2

CERTIFICATE OF SERVICE

MELINDA K. YAMAGA hereby certifies that by the method of service noted below, a true and correct copy of the foregoing was served on the following at the last known address on December 19, 2023:

Served Electronically through CM/ECF:

MOHAMMAD KHATIB
Assistant United States Attorney
300 Ala Moana Boulevard, Room 6100
Honolulu, Hawaii  96850

Attorney for Plaintiff
UNITED STATES OF AMERICA

DATED:  Honolulu, Hawaii, December 19, 2023.

      /s/ Melinda K. Yamaga
MELINDA K. YAMAGA
Attorney for Defendant
KALANA LIMKIN