# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:23-MJ-01733-RT-1 |
| CASE NAME: | United States of America v. (01) Kalana Limkin |
| ATTY FOR PLTF: | Mohammad Khatib |
| ATTY FOR DEFT: | (01) Maximilian J. Mizono for Melinda K. Yamaga |
| US PROB OFFICER: | Alison Thom |

| | | | |
|---|---|---|---|
| JUDGE: | Rom Trader | REPORTER: | FTR–CT 5 |
| DATE: | 12/21/2023 | TIME: | 10:57 AM – 11:00 AM |

COURT ACTION: EP:   DETENTION HEARING as to DEFENDANT (01) KALANA LIMKIN held on 12/21/2023.

Defendant (01) Kalana Limkin ("Defendant") present and in custody.

Detention Hearing:

Court takes judicial notice of its records and files, including the [ECF [1]] *Criminal Complaint*, the Government's [ECF [5]] *Motion to Detain Defendant Without Bail* ("Motion") and applicable legal authority.

Argument had.

Court has carefully considered the merits of the Government's *Motion* within the context of the arguments by counsel and the information and recommendation of Pretrial Services. Court finds there is no condition or combination of conditions that will reasonably assure the appearance of the defendant as required or mitigate the risk of danger to the community, if released. Moreover, the Court finds that Defendant has failed to rebut the presumption favoring detention. Accordingly, Defendant to be detained pending trial.

Government's [ECF [5]] *Motion to Detain Defendant Without Bail* is **GRANTED**.

Government to prepare and submit order to the Court's orders box at Trader_Orders@hid.uscourts.gov within seven (7) days.

Defendant is remanded to the custody of the U.S. Marshals Service.

*Submitted by: Michael D. Cruz, Courtroom Manager*