CLARE E. CONNORS # 7936
United States Attorney
District of Hawaii

MOHAMMAD KHATIB
Assistant U.S. Attorney
United States Attorney's Office
District of Hawaii
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email:  Mohammad.Khatib@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) MAG. NO. 23-01733-RT |
|---|---|
| Plaintiff, | ) ORDER FOR DISMISSAL OF ) CRIMINAL COMPLAINT |
| vs. | ) |
| KALANA LIMKIN, | ) |
| Defendant. | ) |

**ORDER FOR DISMISSAL OF CRIMINAL COMPLAINT**

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses, without prejudice, the Criminal Complaint filed under seal on December 14, 2023 in the above-captioned magistrate's case, on the grounds that on December 21, 2023, the defendant was charged by Indictment in Criminal Case No. 23-00101-HG.

DATED: December 21, 2023, at Honolulu, Hawaii.

                CLARE E. CONNORS
                United States Attorney
                District of Hawaii

                By  /s/ *Mohammad Khatib*
                     MOHAMMAD KHATIB
                     Assistant U.S. Attorney

Leave of court is granted for the filing of the foregoing dismissal.

DATED: December 21, 2023, at Honolulu, Hawaii.

                Rom A. Trader
                United States Magistrate Judge

U.S. v. Kalana Limkin
Mag. No. 23-01733-RT
"Order for Dismissal of Criminal Complaint"